JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VOLCOM, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>K-2 CORPORATION, an Indiana corporation,<br><br>                Defendant. | Case No. SACV 13-00929 JVS (ANx)<br><br>**ORDER DISMISSING CASE** |

The parties to the above captioned litigation having brought the Stipulated Notice of Dismissal, filed with the Court on April 17, 2014, and good cause being shown therefor,

IT IS HEREBY ORDERED that all claims and counterclaims asserted in this suit between Plaintiff Volcom, Inc. and Defendant K-2 Corporation are hereby dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED.

DATED:  April 18, 2014

By _____
Hon. James V. Selna
United States District Judge